IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: ) | |
| ) | |
| The premises known as 2529 Singing Hills ) | No.  1:15MJ4162ACL |
| Drive, Cape Girardeau, Missouri, in ) | |
| Cape Girardeau County, and all computers, ) | |
| computer hardware, wireless telephones, ) | |
| and digital media located therein. ) | |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John N. Koester, Jr., Assistant United States Attorney for this District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the Government, to unseal the search warrant or other similar order, issued pursuant to Fed.R.Crim.P. 41, along with all related documents, including the application, affidavit, and return filed in this matter.

Respectfully submitted this 2nd day of February, 2016.

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

/s/ *John N. Koester, Jr.*
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
Telephone: (573) 334-3736

SO ORDERED this 8th day of February, 2016.

Abbie Crites-Leoni
United States Magistrate Judge